*Unsealed per order on 9/3/08* (LH)

**SECRET**

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Marcos Ortiz Hatfield

**WARRANT FOR ARREST**

**CASE NUMBER:** 08cr2933-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Marcos Ortiz Hatfield_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

26 USC 5861(d) and 5871 – Possession of an Unregistered Firearm
18 USC 924(d) and
28 USC 2461(c) – Criminal Forfeiture

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

K. HAMMERLY                               8/28/2008 San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $ _____NO BAIL_____ by _____The Honorable William McCurine Jr._____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

