## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __Marco Ortiz Hatfield__                              No. __08CR2933-H__

HON. __Leo S. Papas__                    Tape No. __LSP08-1; 13:52-14:01__

Asst. U.S. Attorney __Joe Orabona__        PTSO _____

|  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|
| Atty | FD James Chavez- SA | ___ Apt | ___ Ret | for _____ | ( 1 ) | (Cust ) |
|  | Lynn Ball - N/A | _X_ Apt | ___ Ret | for _____ | ( 1 ) | (Cust ) |
|  |  | ___ Apt | ___ Ret | for _____ | (   ) | (     ) |
|  |  | ___ Apt | ___ Ret | for _____ | (   ) | (     ) |
|  |  | ___ Apt | ___ Ret | for _____ | (   ) | (     ) |
|  |  | ___ Apt | ___ Ret | for _____ | (   ) | (     ) |

___ Apt for Material Witness(es)

PROCEEDINGS:        ___ In Chambers        _X_ In Court        ___ By Telephone

DOA: 9/2/08
F/A: 9/3/08
BKG: #10804298 (ENG)

Governments oral motion to unseal Indictment - Granted.

Defendant arraigned on Indictment. Not guilty plea entered. Court appointed attorney Lynn Ball - N/A as counsel. Motion Hearing/Trial Setting set for 10/14/08 @ 2:00 PM before District Judge Marilyn L. Huff. Bond set at $35,000 P/S + conditions imposed by the court.

Date    9/3/08                                               IF  _[signature]_

                                                                 Deputy's Initials